AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

JUDY GOFFMAN CUTLER
                    PLAINTIFF,
- against -
ART LOSS REGISTER, INC. and
JACK SOLOMON
              DEFENDANTS

**APPEARANCE**

Case Number: 07 CV 3807 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ART LOSS REGISTER

I certify that I am admitted to practice in this court.

JULY 31, 2007
Date

Signature *[signed]*

JOHN B. KOEGEL       JK-4762
Print Name           Bar Number

161 AVENUE OF AMERICAS
Address

NEW YORK    NEW YORK    10013
City        State       Zip Code

212·255·7744           212·337·1103
Phone Number           Fax Number