John B. Koegel (JK-4762)
The Koegel Group LLP
161 Avenue of the Americas
New York, New York 10013
(212) 255-7744

Attorneys for Defendant
Art Loss Register, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDY GOFFMAN CUTLER,

               Plaintiff,

- against -

ART LOSS REGISTER, INC. and
JACK SOLOMON,

               Defendants.

07 CV 3807 (LAP)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ART LOSS REGISTER, INC. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of this party, which are publicly held.

Dated: July 30, 2007

                                                    _/s/ John B. Koegel_
                                                    John B. Koegel (JK 4762)