Jul 31 07 12:01p    MARTIN BRESSLER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDY GOFFMAN CUTLER,

                 Plaintiff,

v.

ART LOSS REGISTER, INC. and JACK SOLOMON,

                 Defendants.

Civil Action No. 07-CV-3807 (LAP)

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the firm of Shearman & Sterling LLP, 599 Lexington Ave., New York, New York 10022, be substituted as counsel of record for plaintiff herein in the place and stead of Martin Bressler, Esq.

Dated:  New York, New York
        July 31, 2007

BY: _____
Martin Bressler, Attorney at Law
350 Fifth Ave., Suite 2020
New York, New York 10019
(212) 213-8877

Withdrawing Attorney for Plaintiff

BY: _____
Jeremy G. Epstein
R. Alexander Dormen
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, New York 10022
(212) 848-4000

Substituted Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.

August 1, 2007