Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

BARNEY C. ALES.
Nevada State Bar No. 127
THOMAS RONDEAU
Nevada State Bar No. 3586
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, Nevada 89121-5030
Telephone: (702) 436-2600
Facsimile: (702) 436-2650
Email: bales@gooldpatterson.com
       trondeau@gooldpatterson.com

ANDREW S. PAULY (California State Bar No. 90145), a Member of
GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
Email: apauly@gpfm.com

Attorneys for Defendant and
Counterclaimant STEVEN SPIELBERG

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK SOLOMON, an individual, | Case No.: 207-cv-00645-RLH-PAL |
| Plaintiff, | **INTERPLEADER COUNTERCLAIM** |
| vs. | |
| ROBERT S. MUELLER, III, in his official capacity as DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535, STEVEN SPIELBERG, an individual, | |
| Defendants. | |
| STEVEN SPIELBERG, an individual, | |
| Counterclaimant, | |
| vs. | |
| JACK SOLOMON, an individual; and JUDY GOFFMAN CUTLER, an individual, | |
| Counterdefendants. | |

664203.2 — 20899.001

-1-

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

Defendant and counterclaimant Steven Spielberg ("Spielberg") alleges as his counterclaim ("counterclaim") as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Counterclaim under 28 U.S.C. §§ 1332 and 1335, as complete diversity exists between Spielberg, on the one hand, and counterdefendants, and each of them, on the other hand, and the amount in controversy exceeds the sum or value of $75,000.00.

2. Spielberg is an individual citizen and resident of the State of California and presently is in custody or possession of a work of fine art believed to be created by the late Norman Rockwell entitled "*The Russian Schoolroom*" (the "Painting").

3. Counterdefendant Jack Solomon ("Solomon") is an individual citizen and resident of the State of Nevada.

4. Counterdefendant Judy Goffman Cutler ("Cutler") is an individual citizen and resident of the State of Rhode Island.

5. Venue in this District is proper under 28 U.S.C. §§ 1391(b) and 1397 in that Solomon resides in Clark County, Nevada.

### SOLE CLAIM FOR RELIEF

#### (Interpleader)

6. In or about September 1989, Cutler sold the Painting to Spielberg.

7. In or about February 2007, Spielberg learned that the Painting had allegedly been stolen on or about June 24, 1973. Spielberg promptly and voluntarily contacted the Federal Bureau of Investigation ("FBI") to report he had possession of what he believed to be the Painting.

8. Thereafter, Spielberg became aware of competing claims to the title of the Painting based on differing versions of facts dating back over 30 years. The FBI instructed Spielberg to retain possession of the Painting.

9. In or about May 2007, Spielberg and Cutler entered into a written agreement regarding the Painting whereby Spielberg transferred any rights he may

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

1  have had in the Painting to Cutler in exchange for his being provided by Cutler proper
2  title and ownership of another Norman Rockwell work of fine art. Spielberg
3  continued to retain possession of the Painting in accordance with prior FBI
4  instructions.

5      10. On or about May 16, 2007, Solomon filed this action against the FBI and
6  Spielberg, but not against Cutler.

7      11. On or about May 15, 2007, Cutler filed an action against Solomon and
8  The Art Loss Register in the United States District Court for the Southern District of
9  New York, Case No. 1:07-cv-03807-LAP.

10     12. Solomon and Cutler both claim some entitlement, right, title, possession,
11 custody or ownership of the Painting. Such claims are adverse to and independent of
12 one another.

13     13. Spielberg makes no present claim of ownership to the Painting.

14     14. Spielberg is or may be exposed to multiple liability or claims due to the
15 conflicting claims of Solomon and Cutler. Spielberg is unable to determine the
16 validity of the claims asserted to the Painting.

17     15. Subject to the approval of the Court, Spielberg shall deposit the Painting
18 with the registry of the Court or make some other disposition of the Painting as may
19 be ordered by the Court.

20     WHEREFORE, counterclaimant Steven Spielberg prays for judgment as
21 follows:

22     1. That the counterdefendants be ordered to interplead and litigate their
23 respective claims and rights to the Painting;

24     2. That counterclaimant be discharged from any liability to
25 counterdefendants with respect to the Painting;

26     3. That counterdefendants be enjoined from prosecuting any and all claims
27 against counterclaimant with respect to the Painting;

28     4. For reasonable attorneys' fees and costs incurred herein to be paid by

664203.2 – 20899.001      -3-

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

1  counterdefendants and/or imposed as an equitable lien against the Painting; and

2      5.    For such other and further relief as the Court deems just and proper.

4  DATED: July 16, 2007.

        Respectfully submitted,

        GOOLD, PATTERSON ALES & DAY

        BARNEY C. ALES
        THOMAS RONDEAU

        GREENWALD, PAULY, FOSTER & MILLER,
        A Professional Corporation

        ANDREW S. PAULY

By: *Thomas Rondeau* (signature)
        THOMAS RONDEAU
        Nevada State Bar No. 3586
        4496 South Pecos Road
        Las Vegas, Nevada 89121-5030

        ANDREW S. PAULY
        California State Bar No. 90145
        1299 Ocean Avenue, Suite 400
        Santa Monica, California 90401-1007

        Attorneys for Defendant and
        Counterclaimant
        STEVEN SPIELBERG

664203.2 – 20899.001