Stuart M. Steinberg, Esq.
New York Bar No. SS-6614
Steinberg, Fineo, Berger & Fischoff, P.C.
401 Broadhollow Road
Melville, New York 11747
Telephone: (631) 715-4160
Facsimile: (631) 715-4186
Email: ssteinberg@sfbblaw.com

Michael R. Mushkin, Esq.
Nevada State Bar No. 2421
Harmon, Davies, & Mushkin
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 388-0617
Email: michael@hdm-law.com

Attorneys for Defendant Jack Solomon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY GOFFMAN CUTLER,<br><br>   Plaintiff,<br><br>-against-<br><br>ART LOSS REGISTER, INC., and JACK SOLOMON,<br><br>   Defendants. | 07 CV 3807 (LAP)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br>**[FRCP RULE 7.1 and LR 7.1.1]** |

Defendant Jack Solomon hereby submits his Certification and Notice of Interested Parties pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rule 7.1.1. The undersigned, counsel of record for Defendant Solomon, certifies that the following listed party(ies) may have an interest in the outcome of this case. These representations are made to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal.

1. Plaintiff Judy Goffman Cutler (also a counterdefendant in U.S. District Court – District of Nevada Court Case No. 2:07-cv-00645-RLH-(PAL));

2. Defendant Art Loss Register, Inc., a private non-governmental party;

3. Defendant Jack Solomon (also plaintiff/counterdefendant in U.S. District Court – District of Nevada Court Case No. 2:07-cv-00645-RLH-(PAL));

4. Steven Spielberg (defendant/counterclaimant in U.S. District Court – District of Nevada Court Case No. 2:07-cv-00645-RLH-(PAL));

5. Robert S. Mueller, III, in his official capacity as Director, Federal Bureau of Investigation (defendant in U.S. District Court – District of Nevada Court Case No. 2:07-cv-00645-RLH-(PAL));

DATED: August 2, 2007.

By: _____
STUART M. STEINBERG, ESQ.
New York Bar No. SS-6614
Steinberg, Fineo, Berger & Fischoff, P.C.
401 Broadhollow Road
Melville, New York 11747

MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
Harmon, Davies, & Mushkin
4475 South Pecos Road
Las Vegas, Nevada 89121

Attorneys for Defendant Jack Solomon