Stuart M. Steinberg, Esq.
New York Bar No. SS-6614
Steinberg, Fineo, Berger & Fischoff, P.C.
401 Broadhollow Road
Melville, New York 11747
Telephone: (631) 715-4160
Facsimile: (631) 715-4186
Email: ssteinberg@sfbblaw.com

Michael R. Mushkin, Esq.
Nevada State Bar No. 2421
Harmon, Davies, & Mushkin
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 388-0617
Email: michael@hdm-law.com

Attorneys for Defendant Jack Solomon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUDY GOFFMAN CUTLER,

        Plaintiff,                                                07 CV 3807 (LAP)

-against-

                                                                       CERTIFICATION

ART LOSS REGISTER, INC., and
JACK SOLOMON,

        Defendants.

-------------------------------------------------------X

       I hereby certify that on August 2, 2007, the foregoing Certificate of Interested Parties was filed with the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules by electronically filing and depositing the same in an envelope designated for overnight delivery upon the following parties and participants:

E. Alexandra Dosman, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, New York 10022
Attorneys for Plaintiff

John B. Koegel, Esq.
The Koegel Group LLP
161 Avenue of the Americas
New York, New York 10013

Dated: Woodbury, New York
       August 2, 2005

By: _____
    Laurie Sayevich Horz, Esq.