```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JUDY GOFFMAN CUTLER,                    :   Civil Action No. 07-CV-3807 (LAP)
                                        :
                      Plaintiff,        :
                                        :
         v.                             :
                                        :
ART LOSS REGISTER, INC. and JACK        :
SOLOMON,                                :
                                        :
                      Defendants.       :
                                        :
----------------------------------------x

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is hereby voluntarily dismissed without prejudice and without costs to either party. No answer or motion for summary judgment has been served by either adverse party.

Dated: New York, New York
August 15, 2007

SHEARMAN & STERLING LLP

BY: _____
    Jeremy G. Epstein
    B. Alexandra Dosman
    SHEARMAN & STERLING LLP
    599 Lexington Ave.
    New York, New York 10022
    (212) 848-4000

    Attorneys for Plaintiff

SO ORDERED:

_____
United States District Judge

August 16, 2007

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.